## SULLIVANT V. THE STATE.

*Misdemeanor.*

(Decided May 15, 1907.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

SIMPSON, J.—Reversed and remanded for proper sentence on the authority of *Freeman v. The State,* 151 Ala. 10; 44 South. 46.

TYSON, C. J., HARALSON and DENSON, JJ., concur.

---

## TAYLOR V. THE STATE.

*Crime.*

(Decided July 2, 1907.)

APPEAL from Bessemer City Court.

Heard before Hon. WILLIAM JACKSON.

PINKNEY SCOTT, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Per curiam.—Dismissed on motion of appellant.